IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADANTE HARRIS,

    Plaintiff,　　　　　　　　No. CIV S-06-2138 JAM DAD P

    vs.

V. DUC,

    Defendant.　　　　　　　　ORDER

        Plaintiff has filed a motion for entry of default pursuant to Fed. R. Civ. P. 55(a). On June 30, 2008, defendant Duc filed a motion to dismiss. Accordingly, IT IS HEREBY ORDERED that plaintiff's July 14, 2008 motion for entry of default is denied.

DATED: July 22, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
harr2138.77b